IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00153-WYD-MEH

CORNELIA FRENCH,

    Plaintiff,

v.

BURLINGTON COAT FACTORY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss.  The Motion seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful Motion and the file, it is

ORDERED that the Joint Motion to Dismiss (ECF No. 25 filed July 25, 2011) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to be responsible for her or its own attorney fees and costs.

Dated:  July 26, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge